## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JENNIFER M. ROUSE,

      Plaintiff,

  V.                         CASE NO. 20-11076
                                  HON. LINDA V. PARKER

SHERMETA LAW GROUP, PLLC,

      Defendants.

                                /

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal ECF No. 6] on

August 12, 2020;  Accordingly, the above-entitled action is **DISMISSED WITH**

**PREJUDICE AND WITHOUT COSTS**.

    **IT IS SO ORDERED**.

                                 s/Linda V. Parker
                                 Linda V. Parker
                                 United States District Judge

Dated:  August 12, 2020